UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

> **FILED**
> November 18, 2002
> CLERK, US DISTRICT COURT
> EASTERN DISTRICT OF
> CALIFORNIA
> _____
> DEPUTY CLERK

JUDGMENT IN A CIVIL CASE

PRISCILLA FRENCH

      v.      CASE NUMBER:  CIV S-01-1070 WBS JFM

MARRIOTT INTERNATIONAL, INC. and MARRIOTT MAPLE RIDGE


<u>XX</u> -- Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF IN ACCORDANCE WITH THE JURY VERDICT RENDERED NOVEMBER 15, 2002.


                                                        JACK L. WAGNER,
                                                        CLERK OF COURT

ENTERED:   November 18, 2002

                                                   by: _____
                                                   L. Mena-Sanchez, Deputy Clerk

69

```
                United States District Court
                          for the
                Eastern District of California
                      November 18, 2002


                  * * CERTIFICATE OF SERVICE * *

                                          2:01-cv-01070


     French

         v.

     Marriott Intl Inc

     _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  November 18, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Christopher H Whelan                      SH/WBS
         Law Offices of Christopher H Whelan
         11246 Gold Express Drive                  CF/JFM
         Suite 100
         Gold River, CA   95670

         William Skipworth Jue
         Seyfarth Shaw
         400 Capitol Mall
         Suite 2350
         Sacramento, CA   95814-4420




                                          Jack L. Wagner, Clerk

                                          BY: L. mena-Sanchez
                                              Deputy Clerk
```